Filed Feb. 14, 1894.

---

No. 1,240.

## BARNES ET AL. *v.* THE STATE, FOR USE.

From the Blackford Circuit Court.

*R. S. Gregory, A. C. Silverburg* and *J. N. Templer,* for appellants.
*W. H. Carroll, G. Dean, B. G. Shinn* and *E. Pierce,* for appellee.

PER CURIAM.—Upon the authority of *Wilson* v. *State, ex rel.,* 9 Ind. App. 696, the judgment in this cause is affirmed.

Filed Feb. 15, 1894.